JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOHAMMED AMINE RAHMANI,<br>Plaintiff,<br><br>v.<br><br>MICHAEL PAUL, Director,<br>Vermont Service Center, United States Citizenship and Immigration Services;<br>JAMES McCAMENT, Acting Director United States Citizenship and Immigration Services<br>JEFFERSON SESSIONS III,<br>Attorney General of the United States;<br>JOHN KELLY, Secretary,<br>U.S. Department of Homeland Security;<br>Defendants. | Civil Action No.<br>2:17-CV-03807-FMO-JEM<br><br>JUDGMENT GRANTING NOTICE OF VOLUNTARY DISMISSAL [19]<br><br>Honorable Judge<br>Fernando M. Olguin |

Having considered Plaintiff's Notice of Voluntary Dismissal Without Prejudice and finding good cause:

IT IS ORDERED that this Case is Dismissed Without Prejudice.

DATE: August 22, 2017

By: _____________/s/___________
HON. FERNANDO M. OLGUIN